JUNE 24, 2015

# No. 04-15-00281-CR

# IN THE

# FOURTH COURT OF APPEALS
## SANANTONIO, TEXAS

KEVIN BALDITT
    APPELLANT, PRO SE

    VS

STATE OF TEXAS
    APPELLEE



KEITH E. HOTTLE, CLERK

2015 JUN 29 AM 11:16

FILED IN THE COURT OF APPEALS AT SAN ANTONIO, TEXAS

FROM THE BEXAR COUNTY DISTRICT COURT 399th JUDICIAL DIST.
    TRIAL COURT CASE NO. 2011-CR-3121
HONORABLE PRESIDING JUDGE RAY OLIVARRI

# MOTION TO WITHDRAW

## PAPERS THE RECORD

PURSUANT TO RULE 12.4 OF THE TEXAS RULES OF
APPELLATE PROCEDURE

KEVIN BALDITT, PRO SE
TDCJ ID NO. 1942689
LOPEZ STATE JAIL
1203 EL CIBOLO RD
EDINBURG, TX 78542

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW KEVIN BALDITT, TDCJ ID NO. 1942689,

HEREINAFTER "APPELLANT" PRO SE AND WOULD PETITION THE COURTS TO ORDER THE CLERK PURSUANT TO RULE TEX. R APP. P, 12.4 et. seq, TO ALLOW APPELLANT TO WITHDRAW PAPERS THE RECORD. NECESSARY FOR PREPARING AND FILING HIS WRIT OF HABEAS CORPUS SEEKING RELIEF FROM FINAL FELONY CONVICTION UNDER CODE OF CRIMINAL PROCEDURE, ARTICLE 11.07.

① APPELLANT IS A UNITED STATES CITIZEN OF INDIGENT STATUS AND UNABLE TO AFFORD TO PAY FOR A COPY OF THE RECORD (VERIFIED (6) SIX MONTH INMATE TRUST HISTORY ATTACHED)

② APPELLANT HAS FILED VERIFIED PAUPER'S OATH AND INABILITY TO PAY THE COST WITH THE COURTS TO INCLUDE THE CONVICTING COURT, 399th JUDICIAL DISTRICT, BEXAR COUNTY, TEXAS, CLERK'S OFFICE

③ APPLICANT WILL REQUEST A HEARING ON HIS POST CONVICTION WRIT APPLICATION. A HEARING IS NECESSARY ONLY IF THERE ARE CONTROVERTED, PREVIOUSLY UNRESOLVED FACTS MATERIAL TO THE APPLICANT'S CONFINEMENT THAT NOW DEMAND RESOLUTION. EX PARTE CHAMBERS. 612 S.W. 2d 572, 573-574 (TEX. CRIM. APP. 1981) TO RESOLVE THEM, THE TRIAL COURT MAY ORDER A HEARING, AFFIDAVIT, DEPOSITIONS AND INTERROGATORIES, AS WELL AS PERSONAL RECOLLECTION. SEE TEX. CODE. PROC. ART. 11.07 § 3(d). APPLICANT WILL SHOW IN THIS CASE, THERE ARE CONTROVERTED, PREVIOUSLY UNRESOLVED FACTS THAT ARE MATERIAL TO THE APPLICANTS CONFINEMENT THAT NOW DEMAND RESOLUTION. APPLICANT HAS MADE ALLEGATIONS AGAINST THE TRIAL ATTORNEY THAT GO TO THE TRIAL ATTORNEY FAILURE TO PROVIDE EFFECTIVE COUNSEL AT TRIAL, LEADING TO APPLICANT'S INVOLUNTARY PLEA. APPLICANT THUS BELIEVES THAT A HEARING IS NECESSARY IN THIS CASE. IN THE ALTERNATIVE, APPLICANT REQUESTS THAT THE TRIAL ATTORNEY(S) BE ORDERED TO SUBMIT AN AFFIDAVIT THAT ADDRESSES THE ALLEGATIONS MADE BY APPLICANT IN THE CASE.

④ APPLICANT HAS NOT PREVIOUSLY FILED IN THIS CASE A APPLICATION FOR WRIT OF HABEAS CORPUS UNDER ANY SECTION OF ARTICLE 11 OF THE TEXAS CODE OF CRIMINAL PROCEDURE THUS THIS REQUEST FOR THE RECORD WILL NOT BE UTILIZED FOR A

SUBSEQUENT APPLICATION SUBJECT TO THE LIMITATION OF TEXAS CODE CRIMINAL PROCEDURE ARTICLE 11.07 § 4. SEE TEX. CODE CRIM. PROC ART. 11.07 § 4. FURTHER, NO OTHER COLLATERAL ATTACK HAVE BEEN FILED AGAINST THIS INSTANT CONVICTION. FINALLY, APPLICANT HAS NOT PRESENTED THIS CASE BEFORE A FEDERAL COURT IN A FEDERAL WRIT OF HABEAS CORPUS ATTACKING A STATE CONVICTION PURSUANT TO 28. U.S.C. § 2254.

(5) APPLICANT BELIEVES RULE 33.1(a) OF THE TEXAS RULES OF APPELLATE PROCEDURE GENERALLY REQUIRES THAT A COMPLAINT BE PRESENTED TO THE TRIAL COURT "BY A TIMELY REQUEST, OBJECTION, OR MOTION" AS A PREREQUISITE TO RAISING THE COMPLAINT ON DIRECT APPEAL. APPLICANT FILED A NOTICE OF APPEAL ON APRIL 27, 2015. APPLICANT IN GOOD FAITH HAS REQUESTED PAPERS FROM TRIAL COURT COUNSEL. JAY NORTON TO NO AVAIL. APPLICANT HAS SOUGHT THE ASSISTANCE OF THE STATE BAR OF TEXAS, CLIENT ATTORNEY-ASSISTANCE PROGRAM TO FACILITATE THE TRANSFER OF FILE(S) AND OR FACILITATE AND ASSIST IN OPENING UP WRITTEN COMMUNICATION TO RETRIEVE PAPERS ALL TO NO AVAIL. COUNSEL HAVE SINCE REFUSED.

(6) APPLICANT WILL PROVIDE IN HIS HABEAS CORPUS CLAIM DOCUMENTS FROM THE STATE BAR OF TEXAS CLIENT ATTORNEY ASSISTANCE PROGRAM 'CAAP' A UNIT OF THE STATE BAR WHERE THEY ATTEMP TO FACILATE COMMUNICATION APPLICANT WILL PROVIDE DOCUMENTS WHERE JAY NORTON REFUSE TO TURN OVER THE WORK PRODUCT OF MY FILE.

(7) THE BURDEN OF PROVING INEFFECTIVE ASSISTANCE OF COUNSEL RESTS ON THE CONVICTED DEFENDANT BY A PREPONDERANCE OF THE EVIDENCE HAYNES V. STATE 790 S.W. 2d 824, 827 (TEX. CRIM. APP. 1990) APPLICANT REQUEST FOR THE RECORD WILL SUPPORT HIS CLAIMS THAT NOT FOR COUNSELS MISADVISED APPLICANT WOULD HAVE FILED HIS NOTICE OF APPEAL.

(8) APPLICANT IN GOOD FAITH AND EVERY KNOWN METHOD AVAILABLE TO HIM REQUESTED HIS FILE(S) PAPERS, COUNSEL WORK PRODUCT TO NO AVAIL. APPLICANT SOUGHT THE ASSISTANCE OF THE STATE BAR OF TEXAS, CLIENT ATTORNEY ASSISTANCE PROGRAM 'CAAP' A CONFIDENTAL DISPUTE RESOLUTION PROGRAM AIMED TO ASSIST AND TO FACILIATE THE TRANSFER OF PAPERS BEFORE SUCH CAN BE FILED AS A GRIEVANCE TRIAL COUNSEL HAS REFUSED TO RETURN APPLICANTS HIS FILE AND PAPERS.

9 APPLICANT IS NOT A LAWYER AND SEEKS TO WITHDRAW THE RECORD AND ASK THAT THE COURTS ALLOW HIM ACCESS TO THE RECORD AS IT DEAMS NECESSARY FOR APPLICANT TO PREPARE HIS WRIT OF HABEAS CORPUS FOR REVIEWAL. APPLICANT REQUEST THE COURTS ALLOW THE CLERKS OFFICE TO MODIFY ANY OF THE RULES DELINIATED THROUGH RULE OF APPELLATE PROCEDURE.

10 APPELLANT HUMBLY REQUEST THESE PAPERS AND THAT THIS REQUEST PURSUANT TO RULE 12.4 OF THE TEXAS RULES OF APPELLATE PROCEDURE BE MADE PART OF THE RECORD.

RESPECTFULLY SUBMITTED

K. Bullitt

# UNSWORN DECLARATION BY INMATE

I KEVIN BALPITT, TDCJ ID NO. 1942689, BEING PRESENTLY INCARCERATED IN THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE, LOPEZ STATE JAIL, HIDALGO COUNTY, TEXAS DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING AND ABOVE IS TRUE AND CORRECT TO THE BEST OF MY ABILITY

_K. Balitt_

June 24, 2015
DATE

```
CSINIB02/CINIB02      TEXAS DEPARTMENT OF CRIMINAL JUSTICE        06/24/15
1EQC/CV00007                IN-FORMA-PAUPERIS DATA                14:38:16
TDCJ#: 01942689 SID#: 07519362 LOCATION: LOPEZ        INDIGENT DTE:
NAME: BALDITT,KEVIN                  BEGINNING PERIOD: 12/01/14
PREVIOUS TDCJ NUMBERS:
CURRENT BAL:        89.90 TOT HOLD AMT:        0.00 3MTH TOT DEP:    190.00
6MTH DEP:          340.00 6MTH AVG BAL:      159.55 6MTH AVG DEP:     56.67
MONTH HIGHEST BALANCE TOTAL DEPOSITS   MONTH HIGHEST BALANCE TOTAL DEPOSITS
05/15      107.08           .90.00     02/15      231.65          50.00
04/15       81.73           50.00      01/15      281.35          50.00
03/15      175.78           50.00      12/14      384.93          50.00
PROCESS DATE   HOLD AMOUNT     HOLD DESCRIPTION
```

STATE OF TEXAS COUNTY OF Hidalgo
ON THIS THE 24 DAY OF June ,15 I CERTIFY THAT THIS DOCUMENT IS A *TRUE*,
COMPLETE,AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG:
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____   OR SID NUMBER: _____



VERONICA
CRUZ
Notary Public, State of Texas
My Commission Expires:
1/12/2019

Notary Without Bond

LEGAL MAIL 6/24/15

KEVIN BALDITT
TDC ID. NO 1942089
LOPEZ STATE JAIL
110'S EL CIBOLO RD.
EDINBURG, TX 78842

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS

2015 JUN 29 AM 11: 16

Keith E. Hottle
KEITH E. HOTTLE, CLERK

MCALLEN TX 785
26 JUN 2015 PM 2 L

HONORABLE KEITH E. HOTTLE, CLERK
FOURTH COURT OF APPEALS
CADENA - REEVES JUSTICE CENTER
300 DOLOROSO ST, SUITE 3200
SAN ANTONIO, TX 78205

